# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSVALDO ROBLEDO,<br><br>Defendant | Case No.: 18CR5380-AJB<br><br>**ORDER AND JUDGMENT GRANTING MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against OSVALDO ROBLEDO, in this case is dismissed without prejudice.

All scheduled hearings are vacated.

IT IS SO ORDERED.

Dated: June 11, 2019

Hon. Anthony J. Battaglia
United States District Judge